1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHAUA RYAN KIRBY,

    Plaintiff,

    v.

PIERCE COUNTY JAIL,

    Defendant.

Case No. C07-5322 BHS/KLS

ORDER OF DISMISSAL FOR
FAILURE TO PROSECUTE

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom (Dkt. 19). The Court has considered the Report and Recommendation and the remainder of the file and hereby dismisses Plaintiff's claims without prejudice for the reasons stated herein.

## I. FACTUAL AND PROCEDURAL BACKGROUND

On October 25, 2007, Defendant moved for summary judgment. Dkt. 15. Plaintiff did not respond to the motion. On February 11, 2008, Magistrate Judge Strombom filed a Report and Recommendation recommending dismissal for failure to exhaust and failure to state a claim under 42 U.S.C. § 1983. Dkt. 19. The Report and Recommendation construes Plaintiff's failure to respond to the Motion for Summary Judgment as an admission that the

ORDER - 1

motion has merit, pursuant to Local Rule CR 7(b)(2), and thoroughly addresses the merits of Defendant's motion. *See* Dkt. 19.

Plaintiff has not objected to the Report and Recommendation. On March 10, 2008, the Court renoted the Report and Recommendation because it was unclear whether Plaintiff had received a copy of Defendant's Motion for Summary Judgment and because Plaintiff had not received a copy of the Report and Recommendation. Dkt. 21 at 2. The Court warned Plaintiff that this action would be dismissed without prejudice for failure to prosecute if Plaintiff failed to update his address on or before April 15, 2008. *Id.* To date, Plaintiff has failed to inform the Court of his current address..

## II. ORDER

Therefore, it is hereby

**ORDERED** that Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule CR 41(b)(2).

DATED this 25th day of April, 2008.


BENJAMIN H. SETTLE
United States District Judge

ORDER - 2