# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSHAUA RYAN KIRBY

JUDGMENT IN A CIVIL CASE

v.

PIERCE COUNTY JAIL

CASE NUMBER: C07-5322BHS/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule CR 41(b)(2).

| | |
|---|---|
| April 28, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | s/CM Gonzalez |
| | Deputy Clerk |